**EXHIBIT 7**
**02-CV-299**



FOR OFFICIAL USE ONLY

No. 040001

| | |
|---|---|
| UNITED STATES )<br>)<br>v.   )<br>)<br>DAVID MATTHEW HICKS   )<br>a/k/a Abu Muslim al Austraili   )<br>a/k/a Muhammed Dawood   )<br>) | **Referral**<br><br>JUN 2 5 2004 |

    The charges against David Matthew Hicks (a/k/a Abu Muslim al Austraili, a/k/a Muhammed Dawood) are referred to the Military Commission identified at Encl 1. The Presiding Officer will notify me not later than July 15, 2004, of the initial trial schedule, including dates for submission and argument of motions, and a convening date.

                                            John D. Altenburg, Jr.
                                            Appointing Authority
                                            for Military Commissions