**EXHIBIT 10**
**02-CV-299**



**DEPARTMENT OF DEFENSE
OFFICE OF THE CHIEF DEFENSE COUNSEL
OFFICE OF MILITARY COMMISSIONS**

29 July 2004

MEMORANDUM FOR THE OFFICE OF THE SECRETARY OF THE NAVY

SUBJECT: Combatant Status Review Tribunal for Mr. David M. Hicks

1. We are, respectively, detailed military counsel and Civilian Defense Counsel for David M. Hicks, an Australian detainee at the U.S. Naval Base, Guantanamo Bay, Cuba. Mr. Hicks has been charged with offenses to be tried before a military commission, and his case has been referred to a commission. We also represent Mr. Hicks involving a civil *habeas corpus* action which is pending, in federal court in the District of Columbia.

2. We write in connection with a July 7, 2004, memorandum from the Deputy Secretary of Defense in which we were informed of the creation of a Combatant Status Review Tribunal (hereinafter the "Tribunal"). We are aware that Mr. Hicks received a notice of same as well. The July 7, 2004, memorandum provides that each detainee will be represented before the Tribunal by a "Personal Representative," a non-lawyer with whom the detainee will not enjoy any relationship of privilege or confidentiality.

3. Please be advised that as counsel for Mr. Hicks, we insist that there not be any contact with Mr. Hicks directly in connection with the Tribunal until and unless we, as his counsel, approve such contact in writing. In fact, all communications to Mr. Hicks in connection with the Tribunal must be made to us as his counsel. That condition is necessary not only to conform to the canon of legal and judicial ethics, but also to safeguard Mr. Hicks' Fourth, Fifth, and Sixth Amendment rights under the U.S. Constitution.

4. The institution of charges against Mr. Hicks makes it wholly improper for any representative of the prosecuting authority, *i.e.*, the Department of Defense, or interested party to the civil action, to have any contact directly with Mr. Hicks without first obtaining the consent of Mr. Hicks' counsel. Otherwise, such contact will irremediably interfere with Mr. Hicks' potential proceedings before the military commission, and may very well prejudice him in other proceedings, including his pending federal court action.

5. We are, of course, available to discuss this matter with anyone, including any designated "Personal Representative," wishing further information. Our respective contact information is set forth below our signatures.


MD MORI
Major, U.S. Marine Corps
Detailed Defense Counsel
(703) 607-1521x193
morim@dodgc.osd.mil

J DRATEL
Civilian Counsel
(212) 732-0707
jdratel@aol.com

02-CV-299