UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In re* Guantanamo Detainee Cases | ) Civil Action Nos.<br>) 02-CV-0299 (CKK), 02-CV-0828 (CKK),<br>) 02-CV-1130 (CKK), 04-CV-1135 (ESH),<br>) 04-CV-1136 (JDB), 04-CV-1137 (RMC),<br>) 04-CV-1144 (RWR), 04-CV-1164 (RBW),<br>) 04-CV-1194 (HHK), 04-CV-1227 (RBW),<br>) 04-CV-1254 (HHK)<br>)<br>) |

**ORDER DENYING IN PART AND GRANTING IN PART RESPONDENTS'
MOTION TO DISMISS OR FOR JUDGMENT AS A MATTER OF LAW AND
REQUESTING BRIEFING ON THE FUTURE PROCEEDINGS IN THESE CASES**

For reasons stated in the Memorandum Opinion issued this date, it is hereby

ORDERED that the respondents' Motion to Dismiss or for Judgment as a Matter of Law is denied in part and granted in part. It is

FURTHER ORDERED that counsel for the petitioners and for the respondents shall file on or before 12:00 noon, Thursday, February 3, 2005, submissions regarding how they believe these cases should proceed in light of the Memorandum Opinion and this Judge's imminent departure.

IT IS SO ORDERED.
January 31, 2005

                                                                                        JOYCE HENS GREEN
                                                                                        United States District Judge