UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID M. HICKS,

       Petitioner,

v.

GEORGE W. BUSH,
       President of the United States, *et al.*,

       Respondents.

Civil Action No. 02–299 (CKK)

**ORDER**
(November 14, 2005)

In accordance with the accompanying memorandum opinion, it is this 14th day of November, 2005, hereby

ORDERED that [194] Petitioner David M. Hicks's Motion to Stay Military Commission Proceedings is GRANTED such that Respondents are enjoined from going forward with any and all legal proceedings associated with the military commission process with respect to Petitioner based on the Supreme Court's grant of *certiorari* in *Hamdan*, 415 F.3d 33 (D.C. Cir. 2005), and pending the issuance of a final and ultimate decision by the Supreme Court in that case;

ORDERED that the proceedings in this case shall be STAYED for all purposes based on the Supreme Court's grant of *certiorari* in *Hamdan*, and pending the issuance of a final and ultimate decision by the Supreme Court in that case.

                                                                  /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge